**E-filed 5/23/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELISEO ESTRADA,

    Plaintiff,

v.

SANTA CLARA VALLEY WATER DISTRICT,

    Defendant.

Case No.   07-565-JF

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

IT IS HEREBY ORDERED:

1    1.   That the case be assigned to the Assisted Settlement Conference Program and a
2 settlement conference shall take place in accordance with the Alternative Dispute Resolution Local
3 Rules of this court;
4    2.   That Settlement Counsel shall be appointed for the limited purpose of representing
5 the unrepresented party in the preparation for a settlement conference in this case; and
6    3.   The Settlement Conference shall take place no later than __June 30, 2007_____.
7 Dated:  __5/23/07_____

_____
United States District Judge Jeremy Fogel

United States District Court
For the Northern District of California

Case No.
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                                    2