**E-filed 5/23/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISEO ESTRADA,<br><br>           Plaintiff,<br><br>         v.<br><br>SANTA CLARA COUNTY WATER DISTRICT,<br><br>           Defendant. | Case No.  07-565<br><br>**ORDER APPOINTING<br>SETTLEMENT COUNSEL** |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

AMBER CROTHALL is appointed Settlement Counsel. This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement

1  Conference Program. This appointment and limited representation shall end upon the completion of
2  the settlement conference and any follow-up activities ordered by the settlement judge.
3       Settlement Counsel shall notify the court promptly upon the completion of the settlement
4  conference and any follow-up activities. The court shall then issue an order relieving the Settlement
5  Counsel from his or her limited representation of the unrepresented party.
6       IT IS SO ORDERED.
7  Dated:  5/23/07

_____
United States District Judge Jeremy Fogel

United States District Court
For the Northern District of California

Case No.
ORDER APPOINTING
SETTLEMENT COUNSEL                    2