**E-Filed 6/7/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISEO ESTRADA,<br><br>               Plaintiff,<br><br>   v.<br><br>SANTA CLARA VALLEY WATER DISTRICT,<br><br>               Defendant. | Case Number C 07-0565 JF<br><br>ORDER[1] RE REQUEST FOR EXTENSION |

      The Court has received a letter from Plaintiff requesting an extension of time within which to file opposition to Defendant's pending motion to dismiss and a letter from Defendant opposing such an extension. Having reviewed these papers, the Court concludes that a brief extension that does not affect the hearing date is appropriate. Accordingly, Plaintiff may file opposition on or before June 15, 2007. Defendant may file a reply on or before June 22, 2007. The hearing will occur on June 29, 2007 at 9.00 a.m. as previously scheduled.

IT IS SO ORDERED.

---

    [1] This disposition is not designated for publication and may not be cited.

Case No. C 07-0565 JF
ORDER RE REQUEST FOR EXTENSION
(JFLC1)

1  DATED: June 7, 2007

2

3  _____
   JEREMY FOGEL
4  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-0565 JF
ORDER RE REQUEST FOR EXTENSION
(JFLC1)

1 | This Order has been served upon the following persons:
2 | Arthur A. Hartinger          ahartinger@meyersnave.com, kthomas@meyersnave.com
3 | Jesse J. Lad                jlad@meyersnave.com
4 |
5 | Notice has been delivered by other means to:
6 | Eliseo Estrada
  | 2500 Medallion Drive
7 | Union City, CA 94587

3

Case No. C 07-0565 JF
ORDER RE REQUEST FOR EXTENSION
(JFLC1)